

## ABOUT US

ONE STOP SHO[P]

Wine Cellar Pro can supply all of your custom
provide on site consultation refrigeration a
design your custom wine c

**Wine Cellar Pro**

Let me know if you have any questions!

I have a question

No, thanks

Exhibit 1
(cont'd)

## EXPERIENCED

Erik Kuehne has spent the last 20 years designing and building custom wine cellars and wine storage options. We do it right, the first time.

### This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

Email

SIGN UP

COMPLETED PROJE



**Wine Cellar Pro**

Let me know if you have any questions!

I have a question

No, thanks