Thomas M. Freiburger, Attorney at Law
55 Main Street, Suite 200
Tiburon, California 94920
TEL: (415) 435-0240
EMAIL: tfreiburger1@yahoo.com

Frear Stephen Schmid
7585 Valley Ford Road
Petaluma, CA 94952
TEL: 415-788-5957
EMAIL: frearschmid@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET ONE PRODUCTS, INC.<br>    *Plaintiff,*<br>v.<br>WINE CELLAR PRO LLC,<br>And<br>ERIK KUEHNE<br>    *Defendants* | CIVIL ACTION NO. 4:22-cv-07866-HSG<br><br>**STIPULATION RE RESCHEDULING CMC AND ORDER** |

      Per the February 24 Notice Setting Case Management Conference, the initial case management conference is currently set for March 14, 2023. Plaintiff's attorney is unable to attend the conference on this date due to an earlier scheduled surgery. Both parties agree the case management conference should be continued.

1

Plaintiff requests, and defendant does not oppose, that the initial case management conference be continued for at least one week, until March 21, 2023.

Dated:  March 3, 2023                         Respectfully submitted,

*/s/* Thomas M. Freiburger

ATTORNEY FOR PLAINTIFF
PLANET ONE PRODUCTS, INC.

*/s/* Steven W. Ritcheson

ATTORNEY FOR DEFENDANTS
WINE CELLAR PRO LLC & ERIK KUEHNE

## **ORDER**

The parties having stipulated to a one week continuance as to the case management conference, and good cause appearing, it is ordered:

The case management conference will be held on Tuesday, March 21, 2023, 2 p.m., by telephone.

Dated:  3/3/2023

_____
Haywood S. Gilliam, Jr.
District Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 3, 2023, a copy of the foregoing was caused to be served upon the following in the manner indicated:

Steven W. Ritcheson                            *VIA ELECTRONIC MAIL*
Insight
578 Washington Blvd., #503
Marina del Rey, CA  90292
swritcheson@insightplc.com
*Attorney for Plaintiffs*

                                       */s/ Thomas M. Freiburger*
                                       Thomas M. Freiburger